# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                             **4:03CR00141-02-BRW**

**CORNELIOUS BRANCH**

## ORDER

Defendant's unopposed *pro se* Motion for Early Termination of Supervised Release (Doc. No. 88) is GRANTED.

IT IS SO ORDERED this 30th day of June, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE